

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA ROBERTS | § | |
| | § | **3-09CV2444-K** |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | JURY TRIAL DEMANDED    # 37080 |
| TARRANT HEALTH SERVICES, LLC | § | |
| formerly known as TEXAS HEALTHCARE, | § | |
| PLLC | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

### A. Parties

1.      Plaintiff, Barbara Roberts, is an individual, who is a citizen of the State of Texas and who resides in the Northern District Of Texas.

2.      Defendant, Tarrant Health Services, LLC , is a business  doing business in the State of Texas, and the Northern District of Texas.  Defendant was previously known as Texas Healthcare, PLLC.  Defendant is an employer covered by the provisions of the Family Medical Leave Act.

### B. Jurisdiction

3.      This claim arises under the Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601 et seq., which prohibits employers from interfering with an employees right to medical leave and which further prohibits discharging employees for requesting and/or asserting the rights granted by FMLA. This Court has jurisdiction under 29 U.S.C. § 2617(a) and (b).

4.      Venue is proper in the Northern District of Texas under any of the three alternatives provided by 42 U.S.C. §2000e-5(3).  The unlawful employment practice occurred in the Northern District of Texas; the employment records relevant to such practice are maintained and administered

---

PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND - Page 1

in the Northern District; and, Plaintiff would have continued to work in the Northern District except for the unlawful employment practice. *Id.*

### C. Statement of the Case

5.      Barbara Roberts was employed by Defendant as a medical collector earning $13.73 per hour plus benefits.

6.      During her employment, Ms. Roberts was diagnosed with a medical condition that necessitated a hysterectomy.  She scheduled the operation for March 30, 2009, a time at which she would be entitled to take Family Medical Leave for her own serious health condition.

7.      On or about February 25, 2009, 2008, plaintiff appeared in Defendant's Human Resources Office and requested forms for Family Medical Leave certification.  She made the request of Cindy Wooley at about 9:15 A.M. on that day.  Less than seven hours later Plaintiff was called to the office of her supervisor, Robin Moore and summarily fired.  Plaintiff never received the requested FMLA papers.

8.      While in Moore's office Plaintiff was falsely accused of a specific act of misconduct. Plaintiff requested but was denied the opportunity to go to her desk to retrieve documentation that proved they she had not in fact engaged in any misconduct.  Plaintiff was fired without being given the opportunity to demonstrate her innocents because defendant's actually motive for firing her was to interfere with he right to take medical leave.

### D. Cause of Action

**Violation of FMLA**

9.      Plaintiff is an employee within the meaning of the FMLA.

10.      Defendant is an employer within the meaning of the FMLA; and

---

11.     Plaintiff alleges the Defendant interfered with her rights under the FMLA by terminating her on the same day she requested paper work for leave under the Act.

12.     Plaintiff alleges the Defendant interfered with her rights under the FMLA by terminating her employment before she could commence leave.

### E. Prayer

13.     As a proximate cause of the foregoing, Plaintiff has suffered damages and seeks the following relief:

      a.     A declaration that the acts and practices complained of in this Complaint are in violation of the the FMLA;

      b.     An injunction permanently restraining these violations of the FMLA;

      c.     Lost past wages and benefits;

      d.     Lost future wages and benefits in lieu of reinstatement;

      e.     Reinstatement should the Court find that lost future wages is inappropriate;

      f.     Liquidated damages for the FMLA violation;

      g.     Awarding Plaintiff such other relief, legal or equitable, as may be warranted.

14.     Plaintiff further seeks pre and post-judgment interests, costs of court, and attorney's fees and litigation expenses for trial and appeal.

WHEREFORE, Plaintiff requests that upon trial of this cause, that Plaintiff have judgment as authorized by law, and Plaintiff further request general relief.

### JURY DEMAND

Plaintiff demands a jury with respect to all issues so triable.

Respectfully Submitted,


**THORPE, HATCHER & WASHINGTON, PLLC**
2929 Carlisle, Suite 250
Dallas, Texas 75204
214/969-5500
214/969-9060 FAX

By: _____
    Steven B. Thorpe
    State Bar No. 19990500
    Carla S. Hatcher
    State Bar No. 09219500

**ATTORNEYS FOR PLAINTIFF**

---

✎JS 44 (Rev. 3/99) **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

BARBARA ROBERTS

**DEFENDANTS**

TARRANT HEALTH SERVICES, LLC formerly known as TEXAS HEALTHCARE ,PLLC

BY _____

DEC 23 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

*ORIGINAL*

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Steven B. Thorpe/Carla S. Hatcher
THORPE, HATCHER & WASHINGTON, L.L.P.
2929 Carlisle St., Suite 250
Dallas, TX 75204
214-969-5500

Attorneys (If Known)

**3-09CV2444-K**

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | X 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐22 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐23 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐20 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐30 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐40 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐61 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐62 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐63 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐64 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐65 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | X 442 Employment | Habeas Corpus: | | ☐70 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐71 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
This claim arises under the Family and Medical Leave Act (FMLA), 29 U.S.C. § 260 let seq.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $  CHECK YES only if demanded in complaint:
**JURY DEMAND:** X Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____